**STATE of Louisiana**

v.

**Tirone LOCURE, et al.**

**No. 2016–KK–0552.**

Supreme Court of Louisiana.

March 31, 2016.

Denied.

KNOLL, J., would grant for the reasons assigned by Judge LOBRANO of the Court of Appeal, 4th Circuit.

CRICHTON, J., would grant for the reasons assigned by Judge LOBRANO of the Court of Appeal, 4th Circuit.

went to Mexico for one day, where they visit-

CRICHTON, J., dissents and would grant for the reasons assigned by Judge LOBRANO in her dissent.